UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

**194-8 Schenck Avenue Corp.**

Chapter 11

Case No.:

Debtor.

------------------------------------------------------X

**AFFIDAVIT OF CHAPTER 11 <u>PURSUANT TO LR 1007-2</u>**

State of New York         )
                                        ss
County of Westchester   )

I, **Matthew MOORE**, being duly sworn, deposes and says:

1. I am the Secretary of Debtor herein. I am personally familiar with all of the matters set forth below.

2. The Debtor herein is an single commercial real estate building with one lease ,. The business has a single location located @ 194-8 Schenck Avenue Corp Brooklyn, NY 11207

3. The Debtor is a Corporation. The Debtors seek to enter into a plan for the payment of existing debts.

4. The Petition in this matter is to be commenced as a Chapter 11.

5. With respect to the holders of the largest unsecured claim(s):

    a. NONE

6. The secured claim(s) are as follows:

    a  Wells Fargo Mortgage  Bank     $657,252.26

7. <u>ASSETS and LIABILITIES</u>